STATE OF NEW JERSEY v. MARK CROWL.

January 26, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. DARYL CHAPPEL.

January 26, 1981.

Petition for certification denied.